UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAT ROCK METAL, INC., *et al.*,

    Plaintiffs,

v.

Case No. 23-cv-11063
Hon. Matthew F. Leitman

ASSUREDPARTNERS OF
MICHIGAN, LLC, *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION TO REMAND (ECF No. 2)

On June 29, 2023, the Court held a hearing on Plaintiffs' Motion to Remand (ECF No. 2). For the reasons explained on the record during that hearing, Plaintiffs' motion (ECF No. 2) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 29, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 29, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1