UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAT ROCK METAL, INC., *et al.*,

    Plaintiffs,

v.

                      Case No. 23-cv-11063
                      Hon. Matthew F. Leitman

ASSUREDPARTNERS OF
MICHIGAN, LLC, *et al.*,

    Defendants.
_____/

## ORDER (1) GRANTING IN PART AND DENYING IN PART PLAINTIFF FLAT ROCK METAL'S MOTION FOR ADJOURNMENT OF SCHEDULING ORDER (ECF No. 15) AND (2) MODIFYING CASE MANAGEMENT ORDER (ECF No. 15)

For the reasons stated on the record on February 13, 2023, Plaintiff Flat Rock Metal Inc.'s Motion for Adjournment of Scheduling Order (ECF No. 15) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- By no later than **March 13, 2024**, Flat Rock may take the deposition of Defendant Assured Partners of Michigan, LLC, f/k/a Daily Merritt Insurance Services ("Assured Partners") under Rule 30(b)(6) of the Federal Rules of Civil Procedure.  The deposition shall not exceed 3 hours.

- By no later than **March 13, 2024**, Defendant Assured Partners may take the deposition of Flat Rock under Rule 30(b)(6) of the Federal Rules of Civil Procedure. The deposition shall not exceed 7 hours.

1

In addition, the dispositive motion cutoff in the Court's Case Management Order (ECF No. 15) is reset to **April 29, 2024**.

Finally, all other remaining dates in the Court's Case Management order are hereby **TERMINATED** and will be re-set, if necessary, following a ruling on the to-be-filed dispositive motions.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126