UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAT ROCK METAL, INC., *et al.*,

    Plaintiffs,

v.

Case No. 23-cv-11063
Hon. Matthew F. Leitman

ASSUREDPARTNERS OF
MICHIGAN, LLC, *et al.*,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 37)

On November 4, 2024, the Court held a hearing on Defendant Federal Insurance Company's motion for summary judgment (ECF No. 37). During the hearing, counsel for Plaintiffs acknowledged that the claim against Federal Insurance Company fails under controlling Michigan precedent. *See Defrain v. State Farm Mut. Auto. Ins. Co.*, 491 Mich. 359 (2012). For that reason, and for the reasons stated in Federal Insurance Company's motion for summary judgment, the motion (ECF No. 37) is **GRANTED**.

    **IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  November 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
