UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAT ROCK METAL, INC., a Michigan
corporation, and BAR PROCESSING
CORPORATION, a Michigan corporation,

       Plaintiffs,

v.

ASSUREDPARTNERS OF MICHIGAN,
LLC, f/k/a DALY MERRITT INSURANCE
SERVICES, a Michigan limited liability
company, and FEDERAL INSURANCE
COMPANY, a foreign property-casualty
insurance company,

       Defendants.

Case No. 23-cv-11063
Hon. Matthew F. Leitman

---

## ORDER GRANTING JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice and the Court being duly advised, finds that the Joint Stipulation of Dismissal with Prejudice should be GRANTED. This action is hereby dismissed in its entirety with prejudice.

Accordingly, all claims asserted in the action against Defendant AssuredPartners of Michigan, LLC, f/k/a Daly Merritt Insurance Services shall be

dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees pursuant to the written agreement of the Parties.

    IT IS SO ORDERED.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  May 27, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 27, 2025, by electronic means and/or ordinary mail.

                                  s/Holly A. Ryan
                                  Case Manager
                                  (313) 234-5126